## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## Miami Division

### CASE NO.: 16-CV-21692

| | |
|---|---|
| DOUG LONGHINI, individually, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LESLIE REALTY, INC. a/k/a LESLIE PLAZA and MI CAFETERIA NO. 1, CORP. a/k/a MI CAFETERIA, | ) ) ) ) |
| Defendants. | ) ) |

### NOTICE OF SETTLEMENT

Plaintiff DOUG LONGHINI ("**Plaintiff**") hereby notifies this Court that Plaintiff has settled the instant case with Defendant LESLIE PLAZA, INC. The undersigned expects all settlement correspondence to be completed within the next thirty (30) days. The parties will file a Joint Stipulation of Dismissal upon receipt of a fully executed settlement agreement. Additionally, based on the foregoing, Plaintiff requests that the Court extend the pending deadlines so that the parties not incur unnecessary attorney's fees and costs.

**[SIGNATURE BLOCK AND CERTIFICATE OF SERVICE ON NEXT PAGE]**

FEDERAL DISABILITY ADVOCATES
ATTORNEYS AT LAW

Respectfully submitted,

By: /s/ Rafael Viego III
Rafael Viego III, Esq.
Florida Bar. No. 60967
**FEDERAL DISABILITY ADVOCATES**
*Counsel for Plaintiff*
4300 Biscayne Boulevard, Suite 305
Miami, Florida 33137
Tel:     (305)717-7530
Fax:    (305)717-7539
E-mail:  rviego@jltrial.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on January 12, 2017, via CM/ECF upon Edwin Cruz, Esq., ecruz@fowler-white.com and Jennifer Ruiz, Esq., jennifer.ruiz@csklegal.com.

By:    s/ Rafael Viego III
Rafael Viego III, Esq.
Fla Bar. No.: 60967