IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.: 16-CV-21692

| | |
|---|---|
| DOUG LONGHINI, individually, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LESLIE REALTY, INC. a/k/a LESLIE PLAZA | ) |
| and MI CAFETERIA NO. 1, CORP. a/k/a | ) |
| MI CAFETERIA, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**NOTICE OF SETTLEMENT**

Plaintiff DOUG LONGHINI ("**Plaintiff**") hereby notifies this Court that Plaintiff has settled the instant case with Defendant MI CAFETERIA NO.1 CORP. a/k/a MI CAFETERIA ("**Defendant**"). The undersigned expects all settlement correspondence to be completed within the next ten (20) days. The parties will file a Joint Stipulation of Dismissal upon receipt of a fully executed settlement agreement. Additionally, based on the foregoing, Plaintiff requests that the Court extend the pending deadlines so that the parties not incur unnecessary attorney's fees and costs.

**[SIGNATURE BLOCK AND CERTIFICATE OF SERVICE ON NEXT PAGE]**

Respectfully submitted,

FEDERAL DISABILITY ADVOCATES
ATTORNEYS AT LAW

>By: /s/ Rafael Viego III
>Rafael Viego III, Esq.
>Florida Bar. No. 60967
>**FEDERAL DISABILITY ADVOCATES**
>*Counsel for Plaintiff*
>4300 Biscayne Boulevard, Suite 305
>Miami, Florida 33137
>Tel:     (305)717-7530
>Fax:    (305)717-7539
>E-mail:  rviego@jltrial.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on January 27, 2017, via CM/ECF upon Edwin Cruz Esq. ecruz@fowler-white.com

>By:    s/ Rafael Viego III
>Rafael Viego III, Esq.
>Fla Bar. No.: 60967